*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

FILED BY _____ ℳ _____ D.C.

05 MAR 30 AM 8: 07

ROB... ...TROLIO
CLERK, U.S. *Deputy-Cn-Charge*
W. DISTRICT, MEMPHIS *U.S. Courthouse, Room 262*

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF RE-SETTING
### Before Judge J. Daniel Breen, United States District Judge

March 30, 2005

RE:  2:04cr20456-B
     *USA v. RITALINDA RICKS (b)*

Dear Sir/Madam:

A **CHANGE OF PLEA HEARING** before **Judge J. Daniel Breen** has been **RE-SET** from WEDNESDAY, MARCH 30, 2005 at 9:00 A.M. to **TUESDAY, APRIL 5, 2005** at 1:15 P.M. in **Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY:  *Elchlepp*
     Taffy Elchlepp
     Case Manager to Judge J. Daniel Breen
     901-495-1238

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CR-20456 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT